**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Simmon Lee Wilcox
Case No.: 2:23-cr-00107-JAD-DJA

## REQUESTING ACCEPTANCE OF JURISDICTION

June 6, 2023

TO: United States District Court Judge

On May 9, 2016, the Honorable Ted Stewart sentenced Simmon Lee Wilcox in the District of Utah to a term of 100 months imprisonment followed by three (3) years supervised release for committing the offense of Conspiracy to Distribute Oxycodone (two counts), a Class C Felony. On September 16, 2022, Wilcox commenced his supervised release term in the District of Nevada.

Wilcox has no intention of returning to the District of Utah. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his digital signature on the attached Transfer of Jurisdiction form (Prob 22), Chief U.S. District Court Judge Robert J. Shelby has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*BrianaCasey*
Digitally signed by Briana Casey
Date: 2023.06.06 13:28:10 -07'00'

Briana Casey
United States Probation Officer Assistant

Approved:

*Joy Gek*
Digitally signed by Joy Gabonia
Date: 2023.06.06 13:11:01 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:13CR00717-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 2:23-cr-00107-JAD-DJA |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Simmon Lee Wilcox | UTAH |
| | DIVISION |
| | NAME OF SENTENCING JUDGE |
| | Ted Stewart |

| DATES OF SUPERVISION TERM | FROM 9/16/2022 | TO 9/15/2025 |
|---|---|---|

OFFENSE

Conspiracy to Distribute Oxycodone and Possession With Intent to Distribute

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

6/1/2023
Date

Honorable Robert J. Shelby
Chief U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

6/8/2023
Effective Date

United States District Judge